# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

HERBERT BUTLER

NO. 2025 KW 0916

**DECEMBER 11, 2025**

---

In Re:   Herbert Butler, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 05-88-1284.

---

**BEFORE:   THERIOT, PENZATO, AND BALFOUR, JJ.**

**WRIT DENIED.**

**AHP**
**KEB**

**Theriot, J.,** dissents and would grant the writ application.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT